85 P.3d 204

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Santana v. McDonald's of Waimea .................. 25080    02/05/2004    Affirmed
State v. Welsh .................................... 24334    02/13/2004    Vacated &
                                                                         remanded